| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gottschall, Joan B. | 2. Court or Organization<br><br>U.S. District Court, NDIL | 3. Date of Report<br><br>05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>District Judge--Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Room 2356<br>219 South Dearborn Street<br>Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund | D | Dividend | N | T | | | | | |
| 2. Vanguard Wellesley Fund | D | Dividend | O | T | | | | | |
| 3. Vanguard Index Trust | C | Dividend | M | T | | | | | |
| 4. Vanguard Prime Portfolio | A | Dividend | K | T | | | | | |
| 5. Fed Empl Credit Union Acts | A | Interest | J | T | | | | | |
| 6. IBM c/stock | A | Dividend | K | T | | | | | |
| 7. Intel c/stock | A | Dividend | K | T | | | | | |
| 8. Waste Management c/stock | A | Dividend | J | T | | | | | |
| 9. CVS Caremark c/stock | A | Dividend | K | T | | | | | |
| 10. Vanguard Capital Opportunity Fund | B | Dividend | K | T | | | | | |
| 11. BlackRock Large Cap Value | B | Dividend | K | T | | | | | |
| 12. BlackRock Value Opportunities | C | Dividend | K | T | | | | | |
| 13. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | | | | | |
| 14. Capital Income Bldr | C | Int./Div. | M | T | | | | | |
| 15. Income Fnd Amer Inc. | C | Dividend | M | T | | | | | |
| 16. Balanced Fund, Inc. | C | Int./Div. | M | T | | | | | |
| 17. Capital World Growth Inc. Fund | C | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wintrust Financial Corp. Accounts* | A | Interest | M | T | | | | | *See Part VIII, No. 1 |
| 19. Beaufort Cnty Sc C: 074347-RR-8 | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 20. San Antonio TX Elec & Gas C: 796253-ZR-6 | A | Interest | | | Redeemed | 02/01/16 | J | | |
| 21. Westmoreland Cnty PA C: 961008-QN-2 | A | Interest | | | Redeemed | 01/04/16 | J | | |
| 22. La Joya TX Indpt Sch C: 503462-QF-3 | A | Interest | | | Redeemed | 02/16/16 | J | | |
| 23. Pine County MN Housing C: 722537-AM-9 | A | Interest | | | Redeemed | 02/01/16 | J | | |
| 24. Connecticut St Hlth C: 20774U-FJ-9 | A | Interest | | | Redeemed | 07/01/16 | J | | |
| 25. Connecticut St Hlth C: 20774U-FN-0 | A | Interest | | | Redeemed | 07/01/16 | J | | |
| 26. Jacksboro TX Indpt Sch Dist C: 466430-GL-3 | A | Interest | | | Redeemed | 08/15/16 | K | | |
| 27. La Joya TX Indpt Sch Dist C: 503462-QG-1 | A | Interest | | | Redeemed | 02/16/16 | J | | |
| 28. Mississippi Dev Bank C: 60534Q-QC-8 | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 29. Nevada St Rfdg Natural C: 641461-BL-1 | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 30. Alaska Mun Bd C: 001179P-PQ-4 | A | Interest | | | Redeemed | 06/01/16 | K | | |
| 31. Auburn CA Un Sd Ctf C: 050286-D-2 | A | Interest | | | Redeemed | 06/01/16 | K | | |
| 32. Birmingham AL Wtrwks & Swr C: 091089-LL-4 | A | Interest | | | Redeemed | 01/04/16 | J | | |
| 33. Burke Cnty NC CTFS C: 121352-CB-2 | A | Interest | | | Redeemed | 04/01/16 | K | | |
| 34. Chesapeake VA Pub Impt Ser C: 16532L-CC-8 | A | Interest | | | Redeemed | 06/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chester PA Wtr Auth Wtr Rev C: 166178-MV-2 | A | Interest | | | Redeemed | 06/01/16 | K | | |
| 36. Dickinson TX Indept Sch Dist C: 253363-RH-0 | A | Interest | | | Redeemed | 02/16/16 | J | | |
| 37. Energy Nrthwst WA Elec Rev C: 29270C-B8-7 | A | Interest | | | Redeemed | 07/01/16 | K | | |
| 38. Erie PA Wtr Auth Wtr Rev C 295542-KA-1 | A | Interest | | | Redeemed | 06/15/16 | K | | |
| 39. Grand Vly MI St Univ Rev C: 386545-HR-1 | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 40. Henderson County NC CTFS C: 42488-DL-6 | A | Interest | | | Redeemed | 06/01/16 | J | | |
| 41. Henderson County NC CTFS C: 42488-DK-8 | A | Interest | | | Redeemed | 06/01/16 | J | | |
| 42. Houston TX Cmnty Cllg C: 442368-MG-8 | A | Interest | | | Redeemed | 04/15/16 | K | | |
| 43. Katy TX Indpt Sch Dist C: 486063-EG-1 | A | Interest | | | Redeemed | 02/16/16 | K | | |
| 44. Kirtland OH Loc S/D C: 497692-DU-4 | A | Interest | | | Redeemed | 06/01/16 | K | | |
| 45. Lakewood OH City Sch Dist C: 512624-KV-8 | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 46. Lehigh Cnty PA Gen Purp C: 52480R-CR-9 | A | Interest | | | Redeemed | 04/01/16 | J | | |
| 47. Louisiana Pub Facs Auth C: 546398-KS-6 | A | Interest | | | Redeemed | 09/01/16 | K | | |
| 48. Louisiana ST Gas & Fuels C: 546475-RB-2 | A | Interest | | | Redeemed | 05/02/16 | J | | |
| 49. Louisiana ST Gas & Fuels C: 546475-RA-4 | A | Interest | | | Redeemed | 05/02/16 | J | | |
| 50. Lower Colo Riv Auth Tex C: 548100-2M-7 | A | Interest | | | Redeemed | 07/01/16 | J | | |
| 51. Marion & Clackamas Cntys C: 568571-BK-8 | A | Interest | | | Redeemed | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrimack Cnty NH C: 590281-JW-2 | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 53. Montgomery AL Tax Ncrmnt C: 613035-YG-3 | A | Interest | | | Redeemed | 01/04/16 | J | | |
| 54. Montgomery Cnty PA C: 613579-M6-5 | A | Interest | | | Redeemed | 12/15/16 | J | | |
| 55. Montgomery Cnty PA C: 613579-M9-9 | A | Interest | | | Redeemed | 12/15/16 | J | | |
| 56. Neshaminy PA Sch Dist C: 64084F-LB-5 | A | Interest | | | Redeemed | 05/02/16 | J | | |
| 57. New Jersey Infra Tr Prerefunded C: 645791-JP-0 | A | Interest | | | Redeemed | 09/01/16 | J | | |
| 58. New Jersey St EFA REv Rfdg C: 64605L-N8-7 | B | Interest | | | Redeemed | 07/01/16 | K | | |
| 59. Odessa TX Ctfs Oblig C676006-LK-3 | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 60. Onslow Cnty NC Sch C: 682845-NH-1 | A | Interest | | | Redeemed | 06/01/16 | J | | |
| 61. Pharr San Juan Alamo TX C: 717146-ST-2 | A | Interest | | | Redeemed | 02/01/16 | J | | |
| 62. Port Neches Groves TX C: 73474M-HX-6 | A | Interest | | | Redeemed | 02/16/16 | J | | |
| 63. Portland OR Swr Sys C: 736742-NE-3 | A | Interest | | | Redeemed | 06/15/16 | J | | |
| 64. Raleigh NC Comb Enterprise C: 751100-ER-5 | A | Interest | | | Redeemed | 03/01/16 | J | | |
| 65. Ravenna Ohio City S/D Sch C: 754348-BX-7 | A | Interest | | | Redeemed | 07/15/16 | K | | |
| 66. Regional Transn Dist Co Sales Tax C: 759136-LL-6 | A | Interest | | | Redeemed | 11/01/16 | J | | |
| 67. RNR Sch Fing Auth CA C: 769697-EQ-2 | A | Interest | | | Redeemed | 09/01/16 | J | | |
| 68. Sacramento Regl Cnty C: 786134-UT-1 | A | Interest | | | Redeemed | 06/01/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. San Francisco CA CCD Election C: 797683-DM-8 | A | Interest | | | Redeemed | 06/15/16 | J | | |
| 70. Sandy Vly OH Loc Sch Dist C: 800409-CB-8 | A | Interest | | | Redeemed | 06/01/16 | J | | |
| 71. South Broward Hsp C: 836753-KQ-5 | A | Interest | | | Redeemed | 05/02/16 | J | | |
| 72. St Tammany Parish LA Sales C: 79356N-BH-5 | A | Interest | | | Redeemed | 06/01/16 | J | | |
| 73. Texas St Prerefunded C: 882723-JT-7 | A | Interest | K | T | | | | | |
| 74. Triborough Brdg & Tunl C: 89602N-Q2-3 | A | Interest | | | Redeemed | 11/14/16 | J | | |
| 75. University Co Hosp Auth C: 914174-BL-0 | A | Interest | | | Redeemed | 05/16/16 | K | | |
| 76. University Kansas Hosp C: 914367-CL-9 | A | Interest | | | Redeemed | 09/01/16 | J | | |
| 77. University TX Univ Revs C: 915137-ZW-6 | A | Interest | | | Redeemed | 08/15/16 | J | | |
| 78. University TX Univ Revs Fing Sys C: 915137-ZX-4 | A | Interest | | | Redeemed | 08/15/16 | J | | |
| 79. Utica MI Cmnty Schs Ref C: 917661-ZX-1 | A | Interest | | | Redeemed | 05/02/16 | J | | |
| 80. Washington Subn San Dist C: 940157-KR-0 | A | Interest | | | Redeemed | 06/01/16 | J | | |
| 81. Westmoreland Cnty PA C: 961008-QM-4 | A | Interest | | | Redeemed | 01/04/16 | J | | |
| 82. Westmoreland Cnty PA C: 961008-QM-4 | A | Interest | | | Redeemed | 01/04/16 | J | | |
| 83. Whitehall Coplay PA Sch Dist C: 965000-NQ-1 | A | Interest | | | Redeemed | 06/15/16 | J | | |
| 84. Aldine TX Indpt Sch Dist C: 014393-MW-9 | A | Interest | J | T | Buy | 08/04/16 | J | | |
| 85. Antelope VY-East Kern CA C: 03672T-BF-3 | A | Interest | J | T | Buy | 08/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Boone County KY C: 098825-XH-0 | A | Interest | J | T | Buy | 08/04/16 | J | | |
| 87. California St Preref C: 13063C-H3-7 | A | Interest | J | T | Buy | 06/20/16 | J | | |
| 88. California St Prfd C: 13063C-H5-2 | A | Interest | K | T | Buy | 09/02/16 | K | | |
| 89. Callaway FL Capt Impt Rev C: 131186-AK-4 | A | Interest | K | T | Buy | 09/22/16 | K | | |
| 90. Contra Costa Cnty CA C: 21226P-MS-4 | A | Interest | J | T | Buy | 07/27/16 | J | | |
| 91. Contra Costa Cnty CA C: 21226P-MT-2 | A | Interest | J | T | Buy | 08/09/16 | J | | |
| 92. Curators Univ MO Sys C: 231266-EW-3 | A | Interest | K | T | Buy | 09/23/16 | K | | |
| 93. Delaware Riv JT Toll Bridge C: 246343-JT-5 | A | Interest | J | T | Buy | 08/08/16 | J | | |
| 94. Denton Cnty TX Fresh Wtr C: 24879Y-DR-1 | A | Interest | K | T | Buy | 07/25/16 | K | | |
| 95. Detroit MI Distr C: 251093-S5-0 | A | Interest | J | T | Buy | 08/12/16 | J | | |
| 96. Douglas Cnty GA Sch Dist C: 259030-QT-4 | A | Interest | J | T | Buy | 06/21/16 | J | | |
| 97. Douglas Cnty GA Sch Dist C: 259030-QL-1 | A | Interest | J | T | Buy | 06/21/16 | J | | |
| 98. Eanes TX Indpt Sch Dist C: 270083-ZR-2 | A | Interest | L | T | Buy | 06/03/16 | L | | |
| 99. Edinburg TX Cons C: 280785-QF-6 | A | Interest | K | T | Buy | 08/10/16 | K | | |
| 100. Fishers IN Redev Auth C: 33803T-JR-8 | A | Interest | L | T | Buy | 06/03/16 | L | | |
| 101. Frederick Cnty MD C: 355694-3F-5 | A | Interest | J | T | Buy | 06/23/16 | J | | |
| 102. Gilmer Cnty CA C: 37586R-AT-1 | A | Interest | J | T | Buy | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Grand Rapids MI Pub Schs C: 386280-PG-0 | A | Interest | J | T | Buy | 09/13/16 | J | | |
| 104. Greens Pkwy Mun Util Dist TX C: 395397-DK-5 | A | Interest | J | T | Buy | 08/22/16 | J | | |
| 105. Henrico Cnty VA Wtr & Swr C: 426170-JW-7 | A | Interest | L | T | Buy | 06/03/16 | L | | |
| 106. Jackson MS Pub Sch Dist C: 468449-HW-6 | A | Interest | J | T | Buy | 06/22/16 | J | | |
| 107. Knoxville TN Wtr Rev Sys C: 499818-SM-5 | A | Interest | J | T | Buy | 08/08/16 | J | | |
| 108. Lodi CA USD Sch C: 540274-AVA-9 | A | Interest | J | T | Buy | 05/16/16 | J | | |
| 109. Louisiana Loc Gov Env C: 546279-P3-8 | A | Interest | J | T | Buy | 08/19/16 | J | | |
| 110. Lufkin TX Hlth Facs C: 549802-BH-8 | A | Interest | J | T | Buy | 07/27/16 | J | | |
| 111. Marysville MI Pub Schs C: 574446-EQ-0 | A | Interest | K | T | Buy | 09/13/16 | K | | |
| 112. Metro Atlanta Rapid Tran C: 591745-D-8-4 | A | Interest | J | T | Buy | 08/19/16 | J | | |
| 113. Metro Govt Nashville & Davdsn C: 592112-MR-4 | A | Interest | K | T | Buy | 09/07/16 | K | | |
| 114. Michigan Fin Auth C: 59447P-RN-3 | A | Interest | J | T | Buy | 08/19/16 | J | | |
| 115. Missouri St Hwys C: 60636W-KU-8 | A | Interest | K | T | Buy | 08/17/16 | K | | |
| 116. Monmouth Cnty NJ C: 60956P-GM-8 | A | Interest | J | T | Buy | 04/27/16 | J | | |
| 117. Montgomery Cnty MD C: 613340-G5-1 | A | Interest | J | T | Buy | 08/17/16 | J | | |
| 118. New Jersey HC Facs C: 64579F-5X-7 | A | Interest | K | T | Buy | 06/20/16 | K | | |
| 119. New Jersey St Edl Facs C: 646065-NB-4 | A | Interest | J | T | Buy | 08/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New York NY City C: 64971Q-3V-3 | A | Interest | J | T | Buy | 07/06/16 | J | | |
| 121. New York NY City Mun Wtr C: 64972F-VX-1 | A | Interest | J | T | Buy | 09/08/16 | J | | |
| 122. New York NY Prerefunded C: 64966L-XF-3 | A | Interest | J | T | Buy | 09/07/16 | J | | |
| 123. New York St Urban Dev C: 650035-2D-9 | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 124. New York St Urban Dev C: 650035-2D-9 | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 125. New York St Dorm Auth C: 649903-LC-3 | A | Interest | J | T | Buy | 07/11/16 | J | | |
| 126. Nextera Energy C: 65339K-10-0 | A | Interest | K | T | Buy | 06/09/16 | K | | |
| 127. Nutley NJ Sch Dist C: 670607-GN-4 | A | Interest | J | T | Buy | 06/20/16 | J | | |
| 128. Ohio St Higher Ed C: 67756D-HM-1 | A | Interest | J | T | Buy | 06/23/16 | J | | |
| 129. Orlando FL Cap Impt Spl C: 68641H-FD-1 | A | Interest | J | T | Buy | 05/05/16 | J | | |
| 130. Palm Coast FL Util Sys C: 69661K-BP-4 | A | Interest | J | T | Buy | 08/17/16 | J | | |
| 131. Pearland TX Prerefunded C: 704862-7U-9 | A | Interest | K | T | Buy | 09/22/16 | K | | |
| 132. Rhode Is St Hlth & Ed C: 762244-FT-3 | A | Interest | K | T | Buy | 09/08/16 | K | | |
| 133. South Carolina St C: 837147-V3-8 | A | Interest | K | T | Buy | 04/28/16 | K | | |
| 134. South Dakota Conservancy C: 837545-HN-5 | A | Interest | L | T | Buy | 06/03/16 | L | | |
| 135. South Dakota St Bldg C: 83755L-JV-9 | A | Interest | J | T | Buy | 09/12/16 | J | | |
| 136. Springfield MA Preref St C: 850752-PL-4 | A | Interest | K | T | Buy | 09/12/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. St. Louis MO Mun Fin Corp C: 79165N-AT-1 | A | Interest | K | T | Buy | 09/12/16 | K | | |
| 138. St. Louis MO Mun Fin Corp C: 79165N-AV-6 | A | Interest | J | T | Buy | 09/12/16 | J | | |
| 139. Texas St Transn Commn C: 88283L-EH-5 | A | Interest | J | T | Buy | 08/04/16 | J | | |
| 140. Troy St Univ AL Stdnt Fee C: 897721-KK-1 | A | Interest | K | T | Buy | 09/23/16 | K | | |
| 141. University CA Revs C: 91412G-ZQ-1 | A | Interest | J | T | Buy | 09/26/16 | J | | |
| 142. University CT C: 914233-QN-4 | A | Interest | J | T | Buy | 04/28/16 | J | | |
| 143. Washington ST Ser R-C C: 93974D-NJ-3 | A | Interest | J | T | Buy | 09/02/16 | J | | |
| 144. Washington ST Var Purpser C: 93974B-Q3-9 | A | Interest | J | T | Buy | 08/19/16 | J | | |
| 145. Yuma AZ Mun PPTY C: 988515-HY-1 | A | Interest | J | T | Buy | 09/08/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. VII, Line 18 -- This is a "sweep" account in both my brokerage and IRA accounts in which money is held pending investment; money is constantly being put into and taken out of the account.

**FINANCIAL DISCLOSURE REPORT**

Page 14 of 14

Name of Person Reporting

Gottschall, Joan B.

Date of Report

05/08/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544